# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

**MELINDA CLARK,**

     **Plaintiff,**         **CASE NO. 1:17-cv-00286-MAC**

vs.

**CAPITAL ONE BANK (USA), N.A.,**

     **Defendant.**

_____/

## NOTICE OF SETTLEMENT

    Plaintiff MELINDA CLARK and Defendant Capital One Bank (USA), N.A. ("Capital One"), notify this Court that Plaintiff and Capital One have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

    Respectfully submitted the 19 day of January, 2018.

                                                   _s/Jeffrey Edward Lohman_____
                                                   Jeffrey Edward Lohman
                                                   LAW OFFICES OF JEFFREY LOHMAN
                                                   4740 Green River Road, Ste 206
                                                   Corona, CA 92880
                                                   866-329-9217
                                                   jlohman@jlohman.com
                                                   Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this the 19 day of January, 2018, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the cm/ecf system, which will provide electronic notice of the filing to the following:

Jarrett L Hale
**Hunton & Williams LLP**
1445 Ross Ave, 37th Floor
Dallas, TX 75202
214-979-3921
jhale@hunton.com

Adam Corey Ragan
**Hunton & Williams LLP**
1445 Ross Ave, 37th Floor
Dallas, TX 75202
214-468-3577
aragan@hunton.com

By: *s/ Alyson Dykes*
Alyson Dykes